# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| PAUL PARSHALL, Individually and On Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 3:18-cv-00862 ) ) |
| ACCESS NATIONAL CORPORATION, JOHN C. LEE IV, MICHAEL G. ANZILOTTI, J. RANDOLPH BABBITT, CHILDS F. BURDEN, MICHAEL W. CLARKE, JOHN W. EDGEMOND, MARTIN S. FRIEDMAN, THOMAS M. KODY, GARY D. LECLAIR, MARY LEIGH MCDANIEL, JANET A. NEUHARTH, ROBERT C. SHOEMAKER, and UNION BANKSHARES CORPORATION, | ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Paul Parshall ("Plaintiff") hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice.  Defendants have filed neither an answer nor a motion for summary judgment in the Action.  Additionally, no class has been certified in the Action, and no class members will be bound or affected by this Notice.  Therefore, Plaintiff's dismissal of the Action is effective upon the filing of this Notice, and notice to the putative class is not required.

Dated: January 7, 2019

By: */s/ David G. Browne*
David G. Browne (VSB No. 65306)
SPIRO & BROWNE, PLC
6802 Paragon Place, Suite 410
Richmond, VA 23230
Telephone: (804) 573-9220
Facsimile: (804) 836-1855
Email: dbrowne@sblawva.com

- and –

**RIGRODSKY & LONG, P.A.**
300 Delaware Avenue, Suite 1220
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530

**RM LAW, P.C.**
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
Telephone: (484) 324-6800
Facsimile: (484) 631-1305

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of January, 2019, a true and accurate copy of the foregoing Notice of Voluntary Dismissal was filed via the ECF system and served thereby on all parties receiving notice via the ECF system.

*/s/ David G. Browne*