

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

PAUL PARSHALL, Individually
and on Behalf of All Others
Similarly Situated,

    Plaintiff,

v.                                Civil Action No. 3:18cv862

ACCESS NATIONAL CORPORATION,
et al.,

    Defendants.

### ORDER

The plaintiff having filed a NOTICE OF VOLUNTARY DISMISSAL (ECF No. 21), it is hereby ORDERED that the MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6) OF DEFENDANT ACCESS NATIONAL CORPORATION AND INDIVIDUAL DEFENDANTS (ECF No. 2) and DEENDANT UNION BANKSHARES CORPORATION'S MOTION TO DISMISS (ECF No. 11) are denied as moot.

It is so ORDERED.

                                              /s/    REP
                                  Robert E. Payne
                                  Senior United States District Judge

Richmond, Virginia
Date: January 10, 2019